UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ANTHONY HARRISON, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | No. CR-11-00909 SBA <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING TO JULY 3, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: June 8, 2012 <br> Time: 10:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The parties requested that the June 8, 2012 change of plea and sentencing hearing be continued to July 3, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act until July 3, 2012 to allow for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, due to the unavailability of counsel for the United States on June 8th, and due to the unavailability of defense counsel between June 18th and June 29th. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the change of plea and sentencing on June 8, 2012 is continued to July 3, 2012 at 10:00 a.m., and that time until July 3, 2012 is excluded under the

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING TO JULY 3, 2012 & TO EXCLUDE TIME
No. CR-11-00909 SBA

Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government, and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of counsel for the United States and defense counsel.

DATED:_5/17/12_____

_____*Saundra B Armstrong*_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge